UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| COURTNEY GARVIN PARTIN, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:23-CV-184-TAV-SKL |
| LATOYIA CARPENTER, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by Chief United States Magistrate Judge Susan K. Lee on June 14, 2023 [Doc. 8]. In the R&R, Judge Lee recommends that plaintiff's case against United States Attorney LaToyia T. Carpenter, United States District Judge Katherine A. Crytzer, United States Magistrate Judge Debra C. Poplin be dismissed in its entirety and this case be closed.

On June 27, 2023, plaintiff filed a Notice of Appeal Is Given [Doc. 9], in which he states:

> I, Courtney Garvin Partin, pro se, give notice to this court of appeal and request the paper of the appeal for the violation of rights to due process and the misconduct and/or criminal act did against me by LaToyia Carpenter and the judges that allowed it Crytzer and Poplin.
> While having no law library or lawyer, I Courtney Garvin Partin, pro se, took the only complaint form with a page missing and filed to the court hoping for some due process and justice. But, I pray to find it in the 6th Cir of Appeals.
> I request the forms to appeal and be granted to appeal to a higher court, thank you.

[Doc. 9, p. 1].

Objections to a magistrate judge's R&R must be clear enough to enable the Court to discern the issues that are dispositive and contentious. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995) (citing *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505, 508–09 (6th Cir. 1991)). "The filing of vague, general, or conclusory objections does not meet the requirement of specific objections and is tantamount to a complete failure to object." *Cole v. Yukins et al.*, 7 F. App'x 354, 356 (6th Cir. 2001). Accordingly, there have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge Lee's recommendations and **ACCEPTS** and **ADOPTS** the R&R [Doc. 8] in whole. Accordingly, it is hereby **ORDERED** that plaintiff's case against United States Attorney LaToyia T. Carpenter, United States District Judge Katherine A. Crytzer, and United States Magistrate Judge Debra C. Poplin be **DISMISSED** in its entirety. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>
UNITED STATES DISTRICT JUDGE